UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SHALENE M. DILLIN,

                        Plaintiff,

    -against-                                  7:09-CV-0512 (LEK/VEB)

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on April 17, 2010, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 15).

Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b), in compliance with L.R. 72.1of the Northern District of New York. No objections have been raised in the allotted time with respect to Magistrate Judge Bianchini's Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 15) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that the decision of the Commissioner is **REVERSED**, and the case is

**REMANDED** for further administrative proceedings consistent with the adopted Report-Recommendation (Dkt. No. 15); and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      June 07, 2010
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge